Commonwealth *v.* Stovall, Appellant.

Submitted September 30, 1974. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

*Harry E. Knafelc,* Assistant Public Defender, for appellant.

*Charles M. Marshall,* Assistant District Attorney, and *Joseph S. Walko,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, November 20, 1974:
Judgment of sentence affirmed.